IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE WATSON,

    Petitioner,

v.                                                            CASE NO. 4:07-cv-00219-MP-WCS

JAMES McDONOUGH,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 7, Report and Recommendation of the Magistrate Judge, which recommends that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, be dismissed without prejudice for failure to exhaust state court remedies. The Magistrate Judge filed the Report and Recommendation on Tuesday, September 4, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections have been filed.

Because Petitioner recently filed a Fla.R.Crim.P. 3.850 motion in state court, the Magistrate recommends that the instant petition be dismissed without prejudice. The Court agrees. An applicant has not exhausted remedies if he still has the right to raise the issue in state court. The purpose of exhaustion is to allow the states to remedy any constitutional error in their own court systems before the federal courts become involved. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Petitioner Watson's petition for writ of habeas corpus, Doc. 1, is DISMISSED WITHOUT PREJUDICE.

**DONE AND ORDERED** this   *11th* day of October, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge